UNITED STATES DISTRICT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.  CR04-249 RSL |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | TO CONTINUE TRIAL |
| ) | |
| HURTADO, ANTONIO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER having come before the Court on the Stipulation of the government and the defendant Antonio Hurtado requesting an order setting a new trial date and having considered the stipulation of the parties and all files and records herein,

THE COURT FINDS AS FOLLOWS:

1. Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence; and

2. The ends of justice served by granting this continuance outweigh the best

ORDER TO CONTINUE TRIAL            1

interest of the public and the defendant in a speedier trial; and

    3.   The failure to grant a continuance in the proceedings will likely result in a miscarriage of justice; all within the meaning of 18 U.S.C. § 3161 (h)(8)(A), (B)(iv).

    4.   The period of time from the current trial date until the new trial date encompassed by the continuance shall be excluded from the computation of time under the Speedy Trial Act.

THE COURT THEREFORE ORDERS THAT:

The trial shall be continued from July 27, 2005 to October 24, 2005. Pretrial motions shall be heard on August 17, 2005.

DONE this 18th day of July, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Respectfully submitted,
___/s/_____
Peter Mazzone, WSBA #25262
Counsel for Antonio Hurtado
2910 Colby Avenue, Ste. 200
Everett, WA 98201
(425) 259-4989 (voice)
(425) 259-5994 (fax)
Peterm@pmjustice.com

Telephonic Approval
Vincent Lombardi
Assistant United States Attorney

ORDER TO CONTINUE TRIAL          2